IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

THE BD LISTING, LLC,
        Petitioner,

v.                                          Civil Action No. 3:17-cv-00481-JAG

UNITED ADVISORS, LLC, and
UNITED ATLANTIC CAPITAL, LLC
        Respondents.

## ORDER

      This matter comes before the Court on the petitioner's motion for default judgment. (Dk. No. 11.) The respondents were served with the petition to confirm arbitration award on August 14, 2017, which set the deadline for responsive pleadings for September 5, 2017. The respondent has not filed responsive pleadings, so the petitioner requested that the clerk enter default. The clerk entered default against the respondents. The petitioner then moved for default judgment.

      Upon due consideration, the petitioner's motion for default judgment is hereby GRANTED. The petition to confirm arbitration award appearing unopposed, the Court finding no meritorious grounds for its denial, and for the reasons stated in the petition, the Court GRANTS the petition and CONFIRMS the arbitration award in in the amount of $418,966.03. The Court also awards $3,750 for filing fees to the petitioner.

      Accordingly, the Court ENTERS JUDGMENT in the total amount of $422,716.03. Interest in the legal rate should run from April 28, 2017 (thirty (30) days following the date of the arbitration award, in accordance with its terms).

Should the respondents wish to appeal this Order, they must file written notice of appeal with the Clerk of Court within thirty (30) days of the date of entry. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

This case is hereby CLOSED.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and to the respondents via U.S. Mail at the addresses listed on the summons. (Dk. No. 6.)

Date: October 27, 2017
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY _____Smith_____
DEPUTY CLERK